Joe Dean Crawford
1933 L Avenue, #5
National City, CA 91950



**FILED**
Jan 23 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ gloriav   DEPUTY

# IN THE
# UNITED STATES DISTRICT COURT
# SOUTHERN CALIFORNIA

Case File No: 2023-CV- **'23CV0127 CAB AHG**

Joe Dean Crawford,
    *Plaintiff.*

***City of Lemon Grove*** through and
By its Mayor Rachael Vasquez, and City Council Members of
Jennifer Mendoza, Jerry Jones, Liana Le Baron, and George Gastil,
All in their individual, private, or official capacities, and
Aaron Montan, "Unknown" Tonorio as employees and agents of the City of
Lemon Grove and possibly employees of the San Diego County Sheriff's Office, in
an unincorporated area of San Diego County); and Quality
Towing (a private towing company enlisted in a possible conspiracy to
deprive.

    vs.
    *Defendants.*

## COMPLAINT
## Jurisdiction

Jurisdiction for this federal district judge and Court to hear and declare

rights and to then determine this complaint is grounded upon matters including

whether a federal question exists upon a complaint that a person has been deprived

of a post-deprivation hearing regarding the impoundment and seizure of their

motor vehicle on the streets of an unincorporated town within the State of

California. Plaintiff complains of the deprivation of a clearly established Constitutional right to that hearing under both California and Federal law. See; Title 42 USC § 1983 and the right to property in general.

 Plaintiff continues to complain even since public notice of his grievance. See: Exhibit A. Plaintiff argues that the public policy along with private actions of employees amounted to a conspiracy to deprive Plaintiff of equal rights in violation of Section 1985 of the Civil Rights Act as 42 USC § 1985 (3). Plaintiff DEMANDS a jury to resolve all actual and factual matters of dispute. Plaintiff reserves the right to amend.

Submitted: _____
    Joe Dean Crawford

Joe Crawford
3900 Old Town Avenue, 316
San Diego, California 92101

```
FILED
Nov 18 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ gloriav   DEPUTY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO, CALIFORNIA
Case File No: '21 CV1966 BEN LL

Joe D. Crawford,
  Plaintiff.

City of Lemon Grove through and
By its Mayor Rachael Vasquez, and City Council Members of
Jennifer Mendoza, Jerry Jones, Liana Le Baron, and George Gastil,
All in their individual, private, and official capacities, and
Aaron Montan, "Unknown" Tonorio as employees and agents of the City of
Lemon Grove ( an unincorporated area of San Diego County); and Quality
Towing and Recovery, and employee Mike Kakos,
  Defendants.

# COMPLAINT

## Jurisdiction

Jurisdiction for this Court to hear and declare rights and to then determine this complaint is grounded upon federal and state law regarding this diversity action where the amount in controversy exceeds $75,000 exclusive of interest and court costs. The matter involves a challenge to the warrantless seizure and impoundment brought under the 4th, 5th, and 14th amendments to the Constitution. All of the following counts are brought under 42 § 1983 and Plaintiff seeks attorney fees where available.

JS 44 (Rev. 10/20)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Joe D. Crawford

**DEFENDANTS**
City of Lemon Grove, et. al.

**(b)** County of Residence of First Listed Plaintiff: San Diego
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: San Diego
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
pro se

Attorneys *(If Known)*
'21CV1966 BEN LL

FILED
Nov 18 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ glonav DEPUTY

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*  — [x] 440 Other Civil Rights

**V. ORIGIN** *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing: 42 - 1983
Brief description of cause: Unreasonalbe and warrantless seizure and impound

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $
- JURY DEMAND: [x] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):* JUDGE ___ DOCKET NUMBER ___

DATE: 11/18/2021
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___